**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                        Case No. 07-cr-128-PB

<u>Talbot Curtin</u>

## O R D E R

     The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

     Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2007 to October 10, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 29, 2007 final pretrial conference is continued to October 1, 2007 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 27, 2007

cc: Jonathan Saxe, Esq.
    Arnold Huftalen, AUSA
    United States Probation
    United States Marshal