```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 07-cr-128-PB

**Talbot Curtin**


**O R D E R**


The defendant, through counsel, has moved to continue the October 10, 2007 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 10, 2007 to February 5, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The October 1, 2007 final pretrial conference is continued to January 28, 2008 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 28, 2007

cc: Jonathan Saxe, Esq.
    Arnold Huftalen, AUSA
    United States Probation
    United States Marshal