```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                        Case No. 07-cr-128-PB

**Talbot Curtin**


**O R D E R**

    The defendant, through counsel, has moved to continue the February 5, 2008 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 5, 2007 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

    The January 28, 2008 final pretrial conference is continued to April 28, 2008 at 4:00 p.m.

No further continuances.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

January 28, 2008

cc:   Arnold Huftalen, AUSA
      Jonathan Saxe, Esq.
      United States Probation
      United States Marshal